# EXHIBIT 1

Recorded in Boone County, Missouri

Recording Date/Time: 11/04/2024 at 03:26:01 PM
Book: 5931 Page: 10

Instr #: 2024017530
Pages: 2
Fee: $27.00 S

COUNTY OF BOONE MISSOURI

Bob Nolte
Recorder of Deeds

---

# TRUSTEE'S DEED

This Deed, made and entered into this 4th day of November, 2024, by and between

HAROLD W. CUNNINGHAM and WANDA S. CUNNINGHAM, Trustees of the Harold W. Cunningham and Wanda S. Cunningham Revocable Trust u/t/a dated February 14, 2023

of the County of Boone, State of Missouri, hereinafter called parties of the first part (Grantors), and

Mark E. Patrick and Darees Patrick, husband and wife, as tenants by entireties (with the right of survivorship)

of the County of Boone, State of Missouri, hereinafter called parties of the second part (Grantees).

Grantees' mailing address is: 6716 Glenhurst Dr, Dallas, TX 75254.

WITNESSETH, that the said parties of the first part, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration paid by the said parties of the second part, the receipt of which is hereby acknowledged, do by these presents Bargain and Sell, Convey and Confirm unto the said parties of the second part, the following described Real Estate, situated in the County of Boone, and State of Missouri, to-wit:

The North Half (N 1/2) of the West Half (W 1/2) of the West Half (W 1/2) of Section Thirty-four (34), Township Forty-seven (47) North, Range Twelve (12) West, of the Fifth (5th) Principal Meridian, in Boone County, Missouri.

Subject to easements and other matters of record.

Grantors represent and warrant that HAROLD W. CUNNINGHAM and WANDA S. CUNNINGHAM, Trustees, are the duly acting Trustees of the aforesaid Trust, that the time for the termination of said Trust has not occurred, that the Trust Indenture has not been revoked, that

**said Trust is still in full force and effect, and that this Deed is executed pursuant to the powers conferred upon Grantors in the aforesaid Trust Indenture.**

**To Have and to Hold the same, together with all rights and appurtenances to the same belonging, unto the said parties of the second part, and to their heirs and assigns forever, subject however to real estate taxes for 2024 and thereafter.**

**Grantors as Trustees only and not individually, with all liability under this Deed with respect to covenants or warranties expressly limited to assets of the Trust Estate, hereby covenant that Grantors and the Successor Trustees under the Trust Indenture will warrant and defend the title to the above-described real estate unto Grantees and Grantees' heirs and assigns forever, against the lawful claims of all persons claiming under Grantors and none other.**

**In Witness Whereof, the said parties of the first part have executed these presents the day and year first above written.**

_______________________________
**HAROLD W. CUNNINGHAM, Trustee of the Harold W. Cunningham and Wanda S. Cunningham Revocable Trust u/t/a dated February 14, 2023**

_______________________________
**WANDA S. CUNNINGHAM, Trustee of the Harold W. Cunningham and Wanda S. Cunningham Revocable Trust u/t/a dated February 14, 2023**

**STATE OF MISSOURI )**
**) SS.**
**COUNTY OF BOONE )**

**On this 4th day of November, 2024, before me personally appeared HAROLD W. CUNNINGHAM and WANDA S. CUNNINGHAM, Trustees of the Harold W. Cunningham and Wanda S. Cunningham Revocable Trust u/t/a dated February 14, 2023, to me known to be the persons described in and who executed the foregoing instrument and acknowledged that they executed the same as their free act and deed as said Trustees.**

**IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the county and state aforesaid, the day and year first above written.**

_______________________________
**Notary Public**

**My commission expires:**

9/2/27

ADAM J REED
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES SEPTEMBER 2, 2027
BOONE COUNTY
COMMISSION #19692028