**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| THE DUGABOY INVESTMENT TRUST and JAMES D. DONDERO<br><br>Plaintiffs,<br>v.<br><br>MARK E. PATRICK, individually and as trustee of DAAM REAL ESTATE TRUST; DAAM REAL ESTATE TRUST; PAUL MURPHY; SHAWN RAVER; VALUESCOPE INC. n/k/a MARSHALL & STEVENS DALLAS-FORT WORTH; SHIELDS LEGAL GROUP, P.C.; CDMCFAD, LLC; DFW CHARITABLE FOUNDATION; ATLAS IDF, GP, LLC; RAND ADVISORS, LLC; RAND PE FUND MANAGEMENT, LLC; HUNTER MOUNTAIN INVESTMENT TRUST; CHARITABLE DAF GP, LLC; CLO HOLDCO, LTD.; CLO HOLDCO, LLC; and CDH GP, LTD.,<br><br>Defendants,<br><br>-and-<br><br>ATLAS IDF, LP, CHARITABLE DAF FUND, L.P.; RAND PE FUND I, L.P.; BEACON MOUNTAIN, LLC; and CHARITABLE DAF HOLDCO, LTD.,<br><br>Nominal Defendants. | Case No. 4:26-cv-00738-RK<br><br>JURY TRIAL DEMANDED |

**<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 7.1 of the Western District of Missouri and Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff The Dugaboy Investment Trust makes the following disclosure:

The Dugaboy Investment Trust is a private, non-governmental party and has no parent or subsidiary corporation. Plaintiff James D. Dondero is the lifetime beneficiary of Plaintiff The Dugaboy Investment Trust.

Dated: September 10, 2026

Respectfully submitted,

/s/ *Avery Joseph Welker*

Avery Joseph Welker
Missouri Bar No. 77661
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel.: (713) 890-5000
Fax: (713) 890-5001
Email: avery.welker@morganlewis.com

Michael J. Edney (*pro hac vice* forthcoming)
D.C. Bar No. 492024
Torsten Kracht (*pro hac vice* forthcoming)
D.C. Bar No. 501395
Mark C. Ingram (*pro hac vice* forthcoming)
D.C. Bar No. 90031689
Aubrianna Mierow (*pro hac vice* forthcoming)
D.C. Bar No. 90027117
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Tel.: (202) 739-3000
Fax: (202) 739-3001
Email: michael.edney@morganlewis.com
Email: torsten.kracht@morganlewis.com
Email: mark.ingram@morganlewis.com
Email: aubrianna.mierow@morganlewis.com

Martha B. Stolley (*pro hac vice* forthcoming)
New York Bar No. 2965374
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
Email: martha.stolley@morganlewis.com

L. Heidi Manschreck (*pro hac vice* forthcoming)
New York Bar No. 4537585
110 North Wacker Drive
Chicago, IL 60606-1511
Tel.: (312) 324-1000
Fax.: (312) 324-1001
Email: heidi.manschreck@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, a true and correct copy of Plaintiff The Dugaboy Investment Trust's Rule 7.1 Corporate Disclosure Statement was filed via the Court's Electronic Filing System. Notice of this filing will be sent by the Court's Electronic Filing System to all counsel of record.

Dated: September 10, 2026

Respectfully submitted,

/s/ *Avery Joseph Welker*
Avery Joseph Welker