**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

THE DUGABOY INVESTMENT TRUST and JAMES D. DONDERO,

Plaintiffs,

v.

MARK E. PATRICK, individually and as trustee of DAAM REAL ESTATE TRUST; DAAM REAL ESTATE TRUST; PAUL MURPHY; SHAWN RAVER; VALUESCOPE INC. n/k/a MARSHALL & STEVENS DALLAS-FORT WORTH; SHIELDS LEGAL GROUP, P.C.; CDMCFAD, LLC; DFW CHARITABLE FOUNDATION; ATLAS IDF, GP, LLC; RAND ADVISORS, LLC; RAND PE FUND MANAGEMENT, LLC; HUNTER MOUNTAIN INVESTMENT TRUST; CHARITABLE DAF GP, LLC; CLO HOLDCO, LTD.; CLO HOLDCO, LLC; and CDH GP, LTD.,

Defendants,

-and-

ATLAS IDF, L.P.; CHARITABLE DAF FUND, L.P.; RAND PE FUND I, L.P.; BEACON MOUNTAIN, LLC; and CHARITABLE DAF HOLDCO, LTD.,

Nominal Defendants.

Case No. 4:26-cv-00738-RK

JURY TRIAL DEMANDED

# JOINT STIPULATION TO WAIVE SERVICE AND TO EXTEND ALL DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiffs The Dugaboy Investment Trust and James D. Dondero; Defendants Mark E. Patrick, individually and as trustee of DAAM Real Estate Trust, the DAAM Real Estate Trust, Paul Murphy, Shawn Raver, ValueScope Inc. n/k/a Marshall & Stevens Dallas-Fort Worth, Shields Legal Group, P.C., CDMCFAD, LLC, DFW Charitable Foundation, Rand Advisors, LLC, Rand PE Fund Management, LLC, Atlas IDF, GP, LLC, Hunter Mountain Investment Trust, Charitable DAF GP, LLC, CLO Holdco, Ltd., CLO Holdco, LLC, and CDH GP, Ltd.; and Nominal Defendants Atlas IDF, LP, Charitable DAF Fund, L.P., Rand PE Fund I, L.P., and Beacon Mountain, LLC (together the "Parties"), by and through their undersigned counsel, jointly stipulate and agree to the following:

1. Plaintiffs filed the Complaint in this action on August 31, 2026.

2. On September 29, 2026, Defendants and all Nominal Defendants, except for Charitable DAF HoldCo, Ltd., agreed to waive service of process of the summons and Complaint filed in this case effective August 31, 2026.

3. The Parties further agreed that Charitable DAF HoldCo, Ltd. is not bound by the terms in this stipulation because it is not a party to it, and the terms "Defendant(s)" and "Nominal Defendants" used herein do not include or refer to Charitable DAF HoldCo, Ltd.

4. Rather than require formal service, the Parties agree that Defendants and Nominal Defendants will waive service of summons under Fed. R. Civ. P. 4(d), which permits a plaintiff to request that a defendant waive service to avoid the unnecessary expense of serving the summons and Complaint.

5. In consideration of Defendants' and Nominal Defendants' agreement to waive service, the Parties agree that Defendants and Nominal Defendants shall have through and including November 9, 2026, to answer or otherwise respond to Plaintiffs' Complaint.

6. This extension is agreed upon in good faith and not for purposes of delay. It will allow Defendants and Nominal Defendants a reasonable period of time following the waiver of service to review the Complaint and prepare a response, and it will conserve the resources of the Parties and the Court by avoiding the cost of formal service.

7. No party will be prejudiced by the extension, and this is the first stipulated extension of this deadline.

8. The Parties respectfully submit that good cause supports the agreed-upon extension, which is sought before the original deadline expires.

9. This stipulation is entered into jointly and by agreement by and among all of the Parties.

Dated: October 2, 2026

Respectfully submitted,

/s/ *Avery Joseph Welker*

**MORGAN, LEWIS & BOCKIUS LLP**
Avery Joseph Welker
Missouri Bar No. 77661
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel.: (713) 890-5000
Fax: (713) 890-5001
Email: avery.welker@morganlewis.com

Michael J. Edney (*pro hac vice* forthcoming)
D.C. Bar No. 492024
Torsten Kracht (*pro hac vice* forthcoming)
D.C. Bar No. 501395
Mark C. Ingram (*pro hac vice* forthcoming)
D.C. Bar No. 90031689

Aubrianna Mierow (*pro hac vice* forthcoming)
D.C. Bar No. 90027117
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Tel.: (202) 739-3000
Fax: (202) 739-3001
Email: michael.edney@morganlewis.com
Email: torsten.kracht@morganlewis.com
Email: mark.ingram@morganlewis.com
Email: aubrianna.mierow@morganlewis.com

Martha B. Stolley (*pro hac vice* forthcoming)
New York Bar No. 2965374
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
Email: martha.stolley@morganlewis.com

L. Heidi Manschreck (*pro hac vice* forthcoming)
New York Bar No. 4537585
110 North Wacker Drive
Chicago, IL 60606-1511
Tel.: (312) 324-1000
Fax.: (312) 324-1001
Email: heidi.manschreck@morganlewis.com

***Attorneys for Plaintiffs***

**GRAVES GARRETT GREIM LLC**

By: *_/s/Aaron Craig_*

Nathan F. Garrett, MO #46500
J. Aaron Craig, MO #62041
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
ngarrett@gravesgarrett.com
acraig@gravesgarrett.com

***Attorneys for Defendant Shields Legal Group, P.C.***

**KELLY HART PITRE**

***/s/ Louis M. Phillips***
Louis M. Phillips (LA #10505) (*Pro Hac Vice* forthcoming)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Amelia L. Hurt (LA #36817, TX #24092553) (*Pro Hac Vice* forthcoming)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

***Attorneys for Shawn Raver***

**BERKOWITZ OLIVER LLP**

By: /s/ Nick J. Kurt
Nick J. Kurt, MO Bar #52216
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
nkurt@berkowitzoliver.com

***Attorney for Defendant Paul Murphy***

*/s/ Zach Chaffee-McClure*
Michael S. Cargnel, MO Bar #52631
Zach Chaffee-McClure, MO Bar #60099
Helene K. Slinker, MO Bar #78215
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
mcargnel@shb.com

zmcclure@shb.com
hslinker@shb.com

***Attorneys for ValueScope, Inc.***

**HUSCH BLACKWELL LLP**

By: */s/ Matthew P. Diehr*
Matthew P. Diehr (No. 61999)
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
Telephone (314) 480-1500
Facsimile (314) 480-1505
matthew.diehr@huschblackwell.com

Jeffrey J. Simon (No. 35558)
Taylor Concannon Hausmann (No. 67056)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8319
Facsimile (816) 983-8080
jeff.simon@huschblackwell.com
taylor.hausmann@huschblackwell.com

Michael Klebanov (*Pro Hac Vice* forthcoming)
1801 Pennsylvania Avenue, NW Suite 1000
Washington, DC 20006-3606
Telephone (202) 378-2300
Facsimile (202) 378-2319
michael.klebanov@huschblackwell.com

**CARRINGTON COLEMAN**

By: */s/ Brian Shaw*
Brian Shaw (*Pro Hac Vice* forthcoming)
Monica Gaudioso (*Pro Hac Vice* forthcoming)
Josh Sherman (*Pro Hac Vice* forthcoming)
2200 Ross Avenue, Suite 1800
Dallas, TX 75201
Telephone (214) 855-3000
bshaw@ccsb.com
mgaudioso@ccsb.com
jsherman@ccsb.com

***Attorneys for Mark Patrick, individually***

***DFW Charitable Foundation***
***CDMCFAD, LLC***
***CDH GP, Ltd.***
***Charitable DAF GP, LLC***
***CLO Holdco, Ltd.***
***CLO Holdco, LLC***
***Hunter Mountain Investment Trust***
***Atlas IDF GP, LLC***
***Rand Advisors, LLC***
***Rand PE Fund Management, LLC***
***Atlas IDF, LP (nominal)***
***Beacon Mountain, LLC (nominal)***
***Charitable DAF Fund, L.P. (nominal)***
***Rand PE Fund I, LP (nominal)***

/s/ *Michael Blumenthal*
Michael Blumenthal, MO Bar #49153
Seyferth Blumenthal & Harris LLC
4801 Main Street, Suite 310
Kansas City, MO 64112
Telephone: 816-756-0700
Facsimile: 816-756-3700

***Attorneys for Mark E. Patrick, as Trustee for the DAAM Real Estate Trust***
***DAAM Real Estate Trust***